IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES,

     Petitioner,          No. CIV S-06-1657 MCE DAD P

   vs.

ROSANNE CAMPBELL, et al.,

     Respondents.     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        Petitioner has filed two requests for an application to proceed in forma pauperis. The requests will be granted. Petitioner has also filed multiple requests for appointment of counsel. Counsel may be appointed at any stage of a habeas proceeding "if the interests of justice so require." 18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254 Cases. However, there is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). In the present case, the court does not find that the interests of justice require appointment of counsel at this time.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 27, 2006 and August 7, 2006 requests for an in forma pauperis application form are granted;

2. The Clerk of the Court is directed to send petitioner the in forma pauperis application form to be used in a habeas corpus proceeding;

3. Petitioner's July 27, 2006 and August 7, 2006 requests for appointment of counsel are denied;

4. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. See Rule 5, Fed. R. Governing § 2254 Cases;

5. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

6. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

7. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Stan Cross, Supervising Deputy Attorney General.

DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
lope1657.100f