BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN R. MEANS
Supervising Deputy Attorney General
TAMI M. WARWICK, State Bar No. 183925
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2394
 Fax: (916) 324-2960
 Email: Tami.Warwick@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TY ERIK LOPES,** | 2:06-cv-1657 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Respondents. | |

The Court, having considered Respondent's Request for Enlargement of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus, and good cause showing therefore, orders as follows: Respondent shall have until October 13, 2006, to file Response to Petition for Writ of Habeas Corpus.

IT IS SO ORDERED

DATED: September 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

lope1657.eot