IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**TY ERIK LOPES,**

        Petitioner,

v.

**ROSANNE CAMPBELL, et al.,**

        Respondents.

2:06-cv-06-1657 MCE DAD P

**ORDER**

The Court, having considered Respondents' October 10, 2006 Second Request for Enlargement of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus, and good cause showing, orders as follows: Respondent shall have until November 13, 2006, to file a response to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: October 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lope1657.eot2