IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES,

    Petitioner,                      No. CIV S-06-1657 MCE DAD P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.                ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse to respondents' answer filed November 13, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 27, 2006 request for enlargement of time is granted; and

        2. Petitioner is granted an extension of time to January 15, 2007, in which to file and serve his traverse.

DATED: November 30, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
lope1657.111