January 31, 2007

Dear Clerk of the Court,

2:06cv1657 MCE DAD P

Please file the enclosed AMENDED TRAVERSE TO RESPONDENT'S ANSWER to my habeas petition that is pending in your court.
I have changed page 26 of my Traverse to include additional FACTS in support of my habeas petition.
Thank you and have a nice day.

Sincerely,

Ty Erik Lopes (Petitioner)

**FILED**

FEB 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Please stamp the coversheet that is attached to the self addressed stamped envelope and mail it back to me for my records.

Thank you.