EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
TAMI M. WARWICK, State Bar No. 183925
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2394
 Fax: (916) 324-2960
 Email: Tami.Warwick@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TY ERIK LOPES,**<br><br>Petitioner,<br><br>v.<br><br>**ROSANNE CAMPBELL, et al.,**<br><br>Respondents. | 2:06-cv-1657 MCE DAD P<br><br>**RESPONSE TO PETITIONER'S MOTION TO COMPEL RESPONDENT TO LODGE ADDITIONAL TRANSCRIPTS** |

On May 4, 2007, Petitioner filed a motion to compel Respondent to file additional transcripts that were not lodged with the Court when Respondent filed the answer to the federal habeas petition. Petitioner claims that the Reporter's Transcript of the limited proceeding on remand, which was the subject of his second appeal (case no. C047680), is relevant to this matter.

As set out in Respondent's answer, after Petitioner appealed his conviction, the California Court of Appeal affirmed the judgment, but remanded for sentencing on the rape

Opposition to Motion to Compel

1

1  conviction. (Lodged Doc. No. 1.) It appears Petitioner is requesting that Respondent lodge the
2  transcript for the proceeding in which the trial court sentenced him on the rape conviction.

3        Petitioner fails to show how the proceeding for sentencing on the rape conviction,
4  which was the subject of an appeal in another case, is relevant to this matter. Petitioner contends
5  that during the limited proceeding on remand, the trial judge ignored his claim that he was
6  illegally charged with rape and the special circumstance. Petitioner does not establish how this
7  has any relevance to resolving his claim that he was illegally charged with rape and the special
8  circumstance; particularly, when on remand, the trial judge was only addressing the limited issue
9  of sentencing Petitioner on the rape conviction. The California Court of Appeal had already
10 affirmed the rape conviction, rejecting Petitioner's claim that he was illegally charged.

11       Although the requested transcript is not relevant to this matter, Respondent will lodge
12 the state court transcripts for the trial proceeding on remand in order to err on the side of caution
13 and to avoid having the court and the parties consume unnecessary time and resources to resolve
14 Petitioner's motion. Respondent will need additional time to lodge the transcripts with the Court
15 because the case is closed and needs to be located. Unless otherwise ordered by the Court,
16 Respondent will lodge the transcripts as soon as possible but no later than May 31, 2007.

17       Dated: May 17, 2007

18                     Respectfully submitted,

19                       EDMUND G. BROWN JR.
                      Attorney General of the State of California
20                       DANE R. GILLETTE
                      Chief Assistant Attorney General
21
                      MICHAEL P. FARRELL
22                       Senior Assistant Attorney General
                      BRIAN G. SMILEY
23                       Supervising Deputy Attorney General

24

25
                      /S/ Tami M. Warwick
26                       TAMI M. WARWICK
                      Deputy Attorney General
27                       Attorneys for Respondents

28  30267228.wpd
   SA2006302794

Opposition to Motion to Compel

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Lopes v. Campbell, et al.**

No.: **CIV S-06-1657 MCE DAD P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 17, 2007, I served the attached **RESPONSE TO PETITIONER'S MOTION TO COMPEL RESPONDENT TO LODGE ADDITIONAL TRANSCRIPTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Ty Erik Lopes, T-58072
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 17, 2007, at Sacramento, California.

                                                      /S/ Tami M. Warwick

Opposition to Motion to Compel

3