TY ERIK LOPES # T-56072
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

**FILED**

MAY 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY ERIK LOPES, Petitioner, <br><br> v. <br><br> ROSANNE CAMPBELL, Respondent, | 2:06-cv-1657 MCE DAD P <br><br> MOTION TO COMPEL RESPONDENT TO OBTAIN, COMPARE EXCULPATORY DNA EVIDENCE WITH ALL PERSONS IN THE NATIONAL DNA DATA BASE |

I, TY ERIK LOPES, petitioner, respectfully request that this court order the Respondent to obtain the DNA profile that was generated from the evidence that was found under Renee Ramos' fingernails and submit that DNA profile into the National DNA Data Base for comparison against all persons therein. In support of this request, I provide the following information.

1. I am a FACTUALLY INNOCENT MAN who has been torn away from my family, for going on seven years now!

2. Ironclad DNA evidence "was found" in or on the fingernail clippings of Renee Ramos and I was EXCLUDED as the possible donor of it. (RT 513: 3,4) It appears that every suspect in this case was excluded as well. (RT 512: 14-23)

3. During a hearing on February 02, 2002, just prior to my actual

(1)

jury trial which was still begging for crucial discovery relating to "jailhouse snitch," Charlie Cooper, the judge told the prosecutor this: "AND LET'S FACE IT, THE ISSUE OF WHO IS LYING AND WHO IS TELLING THE TRUTH IS 'PARAMOUNT' IN THIS CASE. THAT'S ALL YOUR CASE IS BUILT UPON IS WHO IS TELLING THE TRUTH." (RT 32: 23-25) I would respectfully submit that the judge is wrong here. As shown on pages 16 and 17 of my habeas petition my trial judge completely agreed with my attorney when he told the judge that "there was NO EVIDENCE that I was there even" at the Home Depot Store. The judge said, "I KNOW THAT." The judge acknowledged this FACT AFTER the prosecutor rested his case in chief against me. Also, the DNA from the OLD SPERM STAIN in the "crotch" of Renee Ramos' underwear, was found to come from her "BOYFRIEND." (512: 22,23; 513: 7,8) The DNA Expert also concluded that "nobody can determine how long the DNA from the sperm had been deposited on Renee Ramos' underwear." (RT 513: 9,10) The hair found did not match Jake Silva or I either.

I respectfully submit that what was "PARAMOUNT" in this case was what the answer was to this question: Did the DNA Profile that was generated from the evidence collected from Renee Ramos' "fingernail clippings" match me or Jake Silva? As already shown, the clear answer is NO, IT DID NOT!

4. There is no indication in the trial record that the DNA Profile in question was ever submitted into any data base for comparison with persons therein. I submit that there is a very reasonable chance that if this motion is granted, there will be a "hit" and I will be exonerated.

5. I have previously motioned the California Supreme Court to grant what I'm asking for here, to no avail. (Received on February 2, 2006, on my habeas petition) I am also indigent and I have no way to accomplish my goal here, except by order of this court. I respectfully request that

(2)

this court grant this motion and order the Respondent to obtain the DNA Profile in question and submit it into the National DNA Data Base for comparison against all persons therein.

Respectfully Submitted,

_____
Ty Lopes (Petitioner)

Case Name: Lopes v. Campbell, et al.

No.: 2:06-cv-MCE DAD P    (Habeas Corpus)

I declare:

I am the defendent and petitioner in this case. I am over the age of eighteen. I am in custody and I am housed at Mule Creek State Prison in Ione, California.

On May 24, 2007, I served the attached MOTION TO COMPEL RESPONDENT TO OBTAIN AND COMPARE EXCULPATORY DNA EVIDENCE WITH ALL PERSONS IN THE NATIONAL DNA DATA BASE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the prison mailbox here at Mule Creek State Prison, addressed as follows:

Tami M. Warwick
(Deputy Attorney General)
1300 I Street, Suite 125
Sacramento, CA 94244-2550

I declare that the foregoing is true and correct and I state so under the penalty of perjury under the laws of the state of California.

Signed: _____
         Ty Lopes (Petitioner)

(4)