1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  BRIAN G. SMILEY
   Supervising Deputy Attorney General
5  TAMI M. WARWICK, State Bar No. 183925
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 445-2394
8   Fax: (916) 324-2960
    Email: Tami.Warwick@doj.ca.gov
9
   Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TY ERIK LOPES,**<br><br>                    Petitioner,<br><br>      v.<br><br>**ROSANNE CAMPBELL, et al.,**<br><br>                    Respondents. | 2:06-cv-1657 MCE DAD P<br><br>**NOTICE OF LODGING ADDITIONAL TRANSCRIPTS** |

As requested by Petitioner, Respondent is lodging the following state court transcripts for the limited proceeding on remand, which was the subject of Petitioner's second appeal (case no. C047680):

Reporter's Transcript, Volume I;

Clerk's Transcript, Volume I;

Clerk's Supplemental Transcript, Volume I, pages 1 through 4; and

///

///

1 | Clerk's Supplemental Transcript, Volume I, pages 1 through 13.

2 | Dated: May 31, 2007

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | DANE R. GILLETTE
Chief Assistant Attorney General

6 |

7 | MICHAEL P. FARRELL
Senior Assistant Attorney General

8 | BRIAN G. SMILEY
Supervising Deputy Attorney General

11 | /S/ Tami M. Warwick
TAMI M. WARWICK

12 | Deputy Attorney General
Attorneys for Respondents

30273603.wpd
SA2006302794

Notice of Lodging Additional Transcripts

2

1 **DECLARATION OF SERVICE BY U.S. MAIL**

2 Case Name:    **Lopes v. Campbell, et al.**

3 No.: **CIV S-06-1657 MCE DAD P**

4 I declare:

5 I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

9 On May 31, 2007, I served the attached **NOTICE OF LODGING ADDITIONAL TRANSCRIPTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

12 Ty Erik Lopes, T-58072
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

15 I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 31, 2007, at Sacramento, California.

17                                                                                                   /S/ Tami M. Warwick