TY ERIK LOPES #T96052  
MULE CREEK STATE PRISON  
P.O. BOX 409020  
IONE, CA 95640



FILED

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY ERIK LOPES,<br><br>                                  Petitioner,<br>    v.<br><br>ROSANNE CAMPBELL, et.al.,<br><br>                                  Respondent, | 2:06-cv-1657 MCE DAD P<br><br>MOTION TO COMPEL RESPONDENT TO NOTIFY THE F.B.I. OF STRONG EVIDENCE OF A KIDNAPPING |

      I, TY ERIK LOPES, petitioner, respectfully request for this court's direct intervention and or order the Respondent to notify the Federal Bureau of Investigations (F.B.I.) of strong evidence of a kidnapping. In support of this request I provide the following factual information.

1.    The evidence in this case clearly shows that Renee Ramos was <u>LAST SEEN</u> alive in the morning daylight hours of Monday May 29,2000- which was Memorial Day. (RT 343: 28-344:20,25-28-345:1-5; 346: 17-28; 348: 28-349: 24; see also paragraph 6 of the Manteca Bulletin News Paper Artical that is attached at the end of my habeas petition as an exibit).

2.    Renee Ramos' body was found by a Home Depot Construction Worker almost exactly 7 days later on the morning of June 5,2000. (See

(1)

Respondent's "Answer" to my habeas petition; page 5, paragraph 1. An autoposy was performed on Renee Ramos on June 6,2000. (CT 249: 23-27) At my prelimanary hearing the Pathologist, Dr. John Cooper, who performed the autopsy testified that Renee Ramos was murdered anywhere from 1½ to 5 days before her body was discovered. (CT 250: 11-22) Because the police and the prosecutor insist that "the party" occured at night; this would make the earliest possible time of death to be on the evening of May 31, 2000-Wednesday. Going by these FACTS alone this would leave Renee Ramos TOTALLY UNACCOUNTED FOR for well over 2 full 24 hour days.

3.   Dr. John Cooper, as shown in my habeas petition (p. 10) changed his testimony regarding Renee Ramos' time of death to only include Friday June 2, Saturday June 3, or even Sunday June 4, 2000. (RT 397: 12-21) Going now by these FACTS alone this would leave Renee Ramos TOTALLY UNACCOUNTED FOR for well over 4 full 24 hour days. These are the set of FACTS that the Respondent stated in the "Answer," page 5, paragraph 1.

4.   Renee Ramos could not have been murdered by the hands of myself and Jake Silva because the FACTS are clear; Jake Silva and I were shown conclusively to have not been together at the Home Depot Store on June 1, 2000 or on June 2nt. The lead detective for the Manteca Police Department swares to God that Jake and I were with Jessie Howland at my house. (CT 620: 8-16,25-28—621: 1,7-9,12-26;  632: 22-28—633: 1-22) ) * The prosecutor's own expert also <u>scientifically</u> ruled out at least the evening of June 4,2000 as a possible time of death for Renee Ramos. (CT 251: 20-27; RT 367: 26-28) I respectfully submit that this is highly significant.

5.   I respectfully request that this court ignore the expected forth-coming arguement by the Respondent, that I am on a "fishing expedition"

---

* Jessie Howland has never been implicated in this case in any way. He was only used to FALSELY put me and Jake Silva together "AFTER" Renee Ramos went missing. (See habeas petition, pp. 22-25; see also my Traverse to "Answer," pp. 36-38)(RT 169: 12-19: 42: 28-43: 1-5)

(2)

and that I am "exploring my case in search of its existence." I respectfully submit that I have made specific allegations that have long since been developed and proven. The FACT is is that they have simply been ignored. (Jones v. Wood, 114F.3d 1002,1009-1010(9th Cir.1997); Calderon, 98F.3d at 1006; see also Bracy, 520 U.S. at 909.) As already stated the prosecutor's own expert witness scientifically invalidated his own trial testimony regarding Renee's time of death and there are atleast 2 full 24 hour days that Renee Ramos is TOTALLY UNACCOUNTED FOR after she went missing on the MORNING of May 29,2000—MEMORIAL DAY. I respectfully request that this court order an F.B.I. investigation and/or order the Respondent to notify the F.B.I. of the STRONG EVIDENCE that Renee Ramos was kidnapped or atleast being held against her will somewhere before she was murdered.

Respectfully Submitted,

_____
Ty E. Lopes (Petitioner)

<u>DECLARATION OF SERVICE BY MAIL</u>

<u>Case Name:</u>  Lopes v. Campbell et al.

<u>Case No.:</u>  2:06-cv-1657 MCE DAD P

I declare:

I am the defendent and the petitioner in this case. I am currently housed at MULE CREEK STATE PRISON in Ione, CA. I am over the age of eighteen.

On June 17, 2007, I served the attache **MOTION TO COMPELL RESPONDENT TO NOTIFY THE F.B.I. OF EVIDENCE OF KIDNAPPING** by placing a true copy thereof enclosed in a seald envelope with postage thereon fully prepaid, in the outgoing prison mailbox here at Mule Creek State Prison, addressed as follows:

TAMI M. WARWICK
Deputy Attorney General
13300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

I delare under the laws of the State of California that the foregoing is true and correct and that this declaration was excuted on June 17, 2007 at Ione, California. I state so under the penalty of perjury.

Ty E. Lopes
Ty E. Lopes (Declarant)

Signature

(4)