TY ERIK LOPES #T58072
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640



Habeas Corpus Case NO:   2:06-cv-1657 MCE DAD P.



October 10, 2007,

Dear Judge Dale Drozd,

Hello Judge. I am writing to inform you of the fact that I have cited a few of the Transcript Pages incorrectly in my Traverse. Please take note of the following corrections:

Page 14 in the third paragraph it should be   CT 845: 13-17;
Page 17 in the first paragraph it should be   CT 846: 7-24; 847: 1-7.
Page 30 in the second paragraph it should be   ART 102: 11-14.

CT= Clerk's Transcripts
ART= Augmented Reporter's Transcripts

I am sorry for the mistakes but it is very important that you are able to read the FACTS correctly. Please Sir, hurry and rule on my habeas petition. I TRULY AM A FACTUALLY INNOCENT MAN! The Manteca Police Department has by no means obtained justice for Renee Ramos and her family! THEY HAVE CONVICTED THE WRONG PERSONS, YOUR HONOR!

Respectfully,

*Ty Lopes* (signature)

Ty E. Lopes