Case No., 2:06-CV-1657 MCE DAD P.
(Habeas Corpus)



FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

Dear Judge Drozed,

I'm sorry to bother you again. As I continue to study the sickness in the Transcripts that has been perpetrated against me and my family, I am learning additional <u>facts</u> that support the grounds in my petition, traverse, and my motions that are pending in your court.

I have found the proof that Judge Harrington knows that the DNA evidence that really matters in this case that was found under Renee Ramos' fingernails, cleared <u>both</u> Jake Silva and I. Please look in the Clerk's Transcripts Sir.:

CT 585: 17-21

Please, also take note of the fact that Renee Ramos was found in, what appears to be the same clothes that she was <u>last seen alive</u> in on the <u>morning of May 29, 2000</u> — which was Memorial Day. (SEE P. 9 - Habeas Petition)

CT: 700:21 — 701:2

I'm sorry to bother you sir but I am totally innocent and I believe that Jake Silva is too! Have a good day Your Honor,

Respectfully,
[signature]