HABEAS CORPUS, Case No.: 2:06-cv-1657 MCE DAD P.

Ty Erik Lopes #T58072
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

**FILED**

DEC 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Dear Your Honor,

I am, again, writing you to inform you of a few additional transcript pages for you to consider as you read my Traverse to the Respondent's Answer to my habeas petition.

To show you **conclusively** that Renee Ramos' time of death could not be as stated by "expert testimony," I cited, on page 10 of my Traverse, Reporter's Transcript, p. 367: 26-28. However, I should have included the "expert's testimony" at my preliminary hearing also. Please see also the Clerk's Transcript, p. 251: 20-27. There the expert clearly states that it takes "AT LEAST" 48 hours for maggots to hatch. Therefore, it is impossible for Renee Ramos' time of death to be on the evening of June 3,2000 or June 4th as the expert testified for a fact was the case! (RT 397: 12-22) The only possible time of death now is the evening of June 2,2000. But please look at the LEAD DETECTIVES sworn testimony Recorded in the Clerk's Transcripts-- 620: 8-16, 25-28—621: 1,7-9, 12-26; 632: 22—633: 22. Look! Sir, the lead detective for the police swares to God that Jake Silva, Jessie Howland, and myself are at my house-- **NOT THE HOME DEPOT STORE!** (Please also refer to page 2, #4 and the footnote thereon in the motion that I filed in this court on June 19,2007) The Jessie Howland bologna is FABRICATED TOO!

This is a <u>nightmare</u> Judge and it needs to end! They have wrongly imprissoned two innocent people AND THEY KNOW IT! (Motion 5/29/07)

Have a nice day Your Honor.

Respectfully,
_Ty Erik Lopes_
Ty Erik Lopes (FACTUALLY INNOCENT)