TY ERIK LOPES #T-58072
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640



FILED

MAR - 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY ERIK LOPES,<br>　　　　Petitioner,<br>　v.<br>ROSANNE CAMPBELL,<br>　　　　Respondent, | 2:06-cv-1657 MCE DAD P.<br><br>**MOTION FOR THIS COURT TO RECONSIDER ITS RULING ON MY MOTION TO COMPEL RESPONDENT TO OBTAIN, COMPARE EXCULPATORY DNA EVIDENCE WITH ALL PERSONS IN THE NATIONAL DNA DATA BASE AND CALIFORNIA DNA DATA BASE** |

　　I, TY ERIK LOPES, petitioner, respectfully **IMPLORE** that this court reconsider its ruling on my motion stated above and GRANT it with the utmost haste! In support of this motion I provide the following factual information.

1.　I HAD ABSOULTELY NOTHING TO DO WITH THE MURDER OF RENEE RAMOS! I ABSOLUTELY BELIEVE THAT JAKE SILVA IS ALSO TOTALLY INNOCENT AS WELL!

2.　The above entitled action was filed by me on May 29,2007. A opposition was filed by the Respondent and I was served the opposition on June 8,2007. I then filed a reply to the opposition on June 15,2007. This court denied my motion on February 29,2008. I respectfully submit that this court's reason for denying my motion is in error.

3.　In this court's reason for denying my motion for the DNA that was found under Renee Ramos' fingernails to be compared with all persons in

(1)

the California and the National DNA Data Bases, this court stated that "'at most,' a DNA comparison would show that petitioner was not the donor of DNA found under the victim's fingernails." **(Order, p. 3: 10,11)** This court acknowledged that the Respondent's have admitted that the DNA profile that was generated from the DNA found under Renee Ramos' fingernails did not match me, and, therefore, this court feels that the "most" that this DNA can show has already been shown. This court is in error. Moreover, the DNA profile did not match Jake Silva nor did it match Raymond Goans, nor any of the other 4 suspects who were tested. **(RT 512: 19-22)** My motion that was filed in this court on May 29, 2007, and the information shown in my reply to the Respondent's opposition to that motion is asking this court to order the Respondent's to obtain the DNA profile in question and submit it into the two data bases for comparison with all persons therein for the simple fact that it might match someone thus exonerating myself and Jake Silva. * I would respectfully submit that what's "most" that can be demonstrated if this court GRANTS my motion -- is the identity of the actual murderer who strangled Renee Ramos to death!

For the foregoing reason alone I implore this court to reconsider its ruling on just this one motion that was filed in this court on May 29, 2007, because this crucial DNA profile is, in fact, <u>THE DNA THAT REALLY MATTERS IN THIS CASE</u> and it was all but completely hidden from my jury as I submit I have shown on page 2 and paragraph 2 of my reply to the Respondent's opposition to my motion.

Respectfully submitted,

_____
Ty Erik Lopes (Petitioner)

---

\* If there is a match it is very likely that the case against me would be dismissed thus ending this court's involvement in this case. It would also help lighten this court's already backlogged caseload.

(2)

PROOF OF SERVICE BY U.S. MAIL

Case Name:  LOPES  v.  CAMPBELL, et. al.

Case No.:  2:06-cv-1657 MCE DAD P


I declare:

I am the defendant and the petitioner in this case. I am over the age of eighteen and I am currently housed at Mule Creek State Prison, in Ione, California.

On March 05, 2008, I served the attached MOTION FOR THIS COURT TO RECONSIDER ITS RULING ON MY MOTION TO COMPEL RESPONDENT TO ABTAIN, COMPATRE EXCULPATORY DNA EVIDENCE WITH ALL PERSONS IN THE NATIONAL DNA DATA BASE AND THE CALIFORNIA DNA DATA BASE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing prison mailbox here at Mule Creek State Prison, addressed as follows:


TAMI M. WARWICK
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550


I declare under the laws of the State of California and under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 05, 2008, at Ione California.

Ty E. Lopes
Ty E. Lopes (Declarant)                          Signature

(3)