TY ERIK LOPES #T-59032
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640

FILED
MAR 26 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Case No.: 2:06-cv-1657 MCE DAD P.

Case Name: LOPES V. CAMPBELL, et.,al.
(Habeas Corpus)

Dear Magistrate, Dale Drozd,

   Sir, I want to show you some real bad corruption inside the Manteca Police Department. Please turn to page 954 in the Reporter's Transcripts and look at the word "appease" there at line 2.
   Now you know why Detective, Joe Morgon "resigned" as lead investigator as discussed in paragraph 1 on page 5 of my EMERGENCY MOTION FOR IMMEDIATE RULING ON [MY] PENDING HABEAS CORPUS PETITION. Yes, Your Honor, because Detective, Joe Morgon had already concluded that Josh Burroughs was not a witness to Renee Ramos' murder; in order to use Josh Burroughs to FABRICATE a "Home Depot Party" gone horribly wrong, the Manteca Police Department needed to <u>switch the lead detective</u> in order to **"appease"** (or justify) going back to Josh Burroughs. (CT 544: 4-16; RT 953: 21—954: 2)
   It is no wonder why, when backed into a corner, the original lead detective, Joe Morgon had to admit that he **"STILL DON'T"** know where Renee Ramos was murdered. (CT 546: 5—547: 22; 975: 5-21)
   The FACTS are clear Sir! Please help me force the Manteca Police Department into going out and finding the truth as to where Renee was really murdered and by whom! *

Sincerely,

*[signature]*

Ty Erik Lopes (FRAMED FOR MURDER)}

---

\* It is truly amazing how just one single word, **"APPEASE,"** can expose an entire FABRICATED LIE! (RT 954: 2)