TY ERIK LOPES #T-58072
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640

**FILED**

MAR 31 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Case No.: 2:06-cv-1657 MCE DAD P

Case Name: LOPES V. CAMPBELL, et,al.

March 27,2008

Dear Magistrate Judge, Dale Drozd,

  Now that you know that the Manteca Police Detectives are corrupt liars who haven't a clue as to how Renee Ramos ended up in such a horrible situation—assuming you have read my previous letter—, now let me show you where the "detectives" got their bright ideas.
  It truly looks as though Josh Burroughs had previously been over at the Home Depot construction site, weeks prior to Renee Ramos going missing. (CT 322: 11-14, 18-22; 362: 11,12; RT 532: 19,20) * What the Manteca Police Detectives did was that they turned Josh's and his friends little get together into a "Home Depot Party Gone Horribly Wrong!" They changed the actual date of Josh's little excursion—the same way they changed the actual date when Jessie Howland was really at my house with Jake Silva— (See Ground 5 of my habeas petition, pp. 22-25) and then they FORCED Josh's friend, Stan Lemely to lie while under oath in an attempt to cover up their sickening lies that have torn my life to absolute pieces! (RT 1205: 5-14; 1206: 1-11) Yes, the Manteca Police Detectives are liars who "STILL DON'T" know where Renee Ramos was murdered! (CT 547: 17-22) Indeed, as stated so by Josh Burroughs himself, he never saw anybody do anything to Renee Ramos, Your Honor! (CT 397: 26,27)
  **THE MANTECA POLICE DETECTIVES, THE PROSECUTOR'S OFFICE AND EVEN THE SUPERIOR COURT, HAVE ALL CONSPIRED TOGETHER TO DEPRIVE JAKE SILVA AND I OF UNITED STATES CONSTITUTIONAL RIGHT TO BE FREE AND HAPPY!** (RT 49: 17-26; 192: 28—193: 2) However, the Superior Court (Judge Harrington) also made it possible for me to break free from their webs of deception and I would emphatically submit that that does not excuse the court in any way!

Respectfully and sincerely,

*[signature]*

Ty Lopes (FRAMED FOR MURDER)

---

\* There is much more testimony by Josh Burroughs which seriously indicates that Josh had truly been over at the Home Depot site with his friends drinking weeks prior to Renee Ramos going missing. I elect not to cite every instance by Transcript page and line number in this letter.