IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES,   No. 2:06-cv-01657-MCE-DAD P

    Petitioner,

  vs.   ORDER

ROSANNE CAMPBELL, et al.,

    Respondents.

_____/

    On March 7, 2008, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 3, 3008, denying petitioner's motion to compel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 3, 2008, is affirmed.

Dated: May 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE