IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES,

    Petitioner,               No. 2:06-cv-01657 MCE DAD P

    vs.

ROSANNE CAMPBELL, et al.,        ORDER

    Respondents.

_____/

On November 4, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 23, 2008, denying petitioner's motion to compel discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 23, 2008, is affirmed.

Dated: December 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE