# UNITED STATES DISTRICT COURT

FOR THE __EASTERN__ DISTRICT OF __CALIFORNIA__

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __09-15207__   U.S. District Court Case No. __2:06-cv-01657 MCE-CHS__

Short Case Title __LOPES v. CAMPBELL, et al.,__

Date Notice of Appeal Filed by Clerk of District Court __March 14/2008__

---

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Appellant respectfully seeks leave to file a supplemental transcript designation to include the entire pretrial and trial record that was filed by the Respondent in the District Court. | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| Note: Appellant did serve the Appellee with her copy of designation form regarding Appellants request above. | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

**FILED MAR 11 2009**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 9/2009__

Type or Print Name __Ty Erik Lopes (Appellant in Pro se)__

Signature of Attorney __/s/ Lopes__   Phone Number _____

Address: __Mule Creek State Prison, P.O. Box 409020, Ione, CA 95640__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 556-9800

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.