IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES,                                  No. 2:06-cv-01657-MCE-CHS P

        Petitioner,

    vs.                                          <u>ORDER</u>

ROSANNE CAMPBELL, et al.,

        Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's April 6, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing in his petition that insufficient evidence supported the conviction; that the prosecutor committed *Brady* violations and engaged in prosecutorial misconduct; that he received ineffective assistance of counsel at trial and on direct appeal; and finally, that erroneous evidentiary rulings and an instructional error deprived him of due process, either individually or in combination.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall issue in the present action.

Dated: April 14, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.