IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES

        Petitioner,                      No. CIV S-06-1657 MCE CHS P

    vs.

ROSANNE CAMPBELL, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the instant case, judgment has been entered and petitioner's appeal to the Ninth Circuit has been processed. The motion for appointment of counsel will be denied without prejudice to its renewal in the Court of Appeals for the Ninth Circuit.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 23, 2009 request for appointment of counsel is denied without prejudice to its renewal in the Court of Appeals for the Ninth Circuit.

DATED: May 5, 2009

                                          /s/ Charlene H. Sorrentino
                                          CHARLENE H. SORRENTINO
                                          UNITED STATES MAGISTRATE JUDGE