IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TY ERIK LOPES

        Petitioner,                No. CIV S-06-1657 MCE CHS P

   vs.

ROSANNE CAMPBELL, et al.,

        Respondents.        <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. Judgment was entered and this action terminated on April 6, 2009. On April 13, 2009, petitioner filed a notice of appeal; a certificate of appealability issued and the appeal was processed to the Ninth Circuit Court of Appeals on April 15, 2009. On April 23, 2009, petitioner filed an application to proceed in forma pauperis on appeal.

        Rule 24 of the Federal Rules of Appellate Procedure provides as follows:

> a party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. 24. Since the district court has not certified that petitioner's appeal is not taken in good faith or otherwise found that petitioner is not entitled to proceed on appeal in forma

1

1 pauperis, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as
2 unnecessary.

3    In accordance with the above, IT IS HEREBY ORDERED that:

4    1. Petitioner's April 23, 2009 application to proceed in forma pauperis on appeal
5 is denied as unnecessary. <u>See</u> Fed. R. App. P. 24.

6 DATED: May 5, 2009

*[signature: Charlene H. Sorrentino]*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE